**Order filed October 8, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00124-CV**
_____

**TEXAS CONSTRUCTION SPECIALISTS, L.L.C., Appellant**

**V.**

**SKI TEAM VIP, L.L.C., Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-68662**

---

## O R D E R

Appellant's brief was due September 10, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 9, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.